IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TRAYVON KAREEM LANDY, | ) |
| Plaintiff, | ) |
| v. | ) CV419-326 |
| STATE OF GEORGIA; GREG MCCONNEL, Assistant District Attorney; DETECTIVE NICOLE MYERS; SHERIFF JOHN T. WILCHER; CHATHAM COUNTY SHERIFF'S OFFICE; CLERK TAMMIE MOSLEY; DISTRICT ATTORNEY MEG HEAP; DEPUTY CLERK JARED CLARK; and KATHERINE M. KELLY, A.P.D.; | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Magistrate Judge's September 8, 2021, Report and Recommendation (Doc. 8), to which Plaintiff has not filed objections. After a careful review of the record,[1] the Report and Recommendation (Doc. 8) is **ADOPTED** as the Court's opinion in

---

[1] The Court reviews de novo a magistrate judge's findings to which a plaintiff objects, and the Court reviews for clear error the portions of a report and recommendation to which a plaintiff does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).

this case. Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of November 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA